IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
SHAREEF KHALIL MERRITT,     )
                            )
     Plaintiff,             )
                            )    CIVIL ACTION NO.
     v.                     )       2:21cv50-MHT
                            )          (WO)
DERRICK CUNNINGHAM,         )
Sheriff, and MRS.           )
PRICHARD, Colonel,          )
                            )
     Defendants.            )
```

**JUDGMENT**

In accordance with the memorandum opinion entered today, it is the ORDER, JUDGMENT, and DECREE of the court as follows:

(1) The United States Magistrate Judge's recommendation (Doc. 26) is adopted.

(2) This lawsuit is dismissed without prejudice for failure to prosecute or obey a court order.

No costs are taxed.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment

pursuant to Rule 58 of the Federal Rules of Civil Procedure.

This case is closed.

DONE, this the 31st day of July, 2023.

                                    /s/ Myron H. Thompson
                                **UNITED STATES DISTRICT JUDGE**